JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEJON CHRISTOPHER BARRETT,<br><br>             Plaintiff,<br><br>       v.<br><br>CAROLYN W. COLVIN, Acting Commissioner of Social Security,<br><br>             Defendant. | Case No.  CV 14-8838 KES<br><br>**J U D G M E N T** |

It is HEREBY ADJUDGED that, for the reasons set forth in the Memorandum Opinion and Order, the decision of the Commissioner of the Social Security Administration is affirmed and this action is dismissed with prejudice

Dated: October 01, 2015

*Karen E. Scott*
_____
KAREN E. SCOTT
United States Magistrate Judge